**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
ehorne@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7408
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
scott@drurylegal.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

KAREN MARTINEZ and ELI SILVA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CHOOSE YOUR HORIZON, INC.,

Defendant.

Case No. 3:24-cv-02798-LB

**STATEMENT OF RECENT DECISION**

Judge: Hon. Laurel Beeler

Pursuant to Local Civil Rule 7-3(d)(2), Plaintiffs Karen Martinez and Eli Silva ("Plaintiffs") respectfully submit this Statement of Recent Decision to bring to the Court's attention relevant authority issued after Defendants' Motion to Compel Arbitration (ECF No. 39).

On April 21, 2025, in *Briskin v. Shopify, Inc*, --- F.4th ----, 2025 WL 1154075 (9th Cir. Apr. 21, 2025), the Ninth Circuit held the defendants were subject to personal jurisdiction in California and were provided fair notice by the operative complaint. A copy of the order is attached hereto as **Exhibit A**. Plaintiffs respectfully submit *Briskin* is relevant to the parties' respective arguments as to personal jurisdiction.

Dated: May 5, 2025

**BURSOR & FISHER, P.A.**

By: /s/ *L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
ehorne@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7408
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
scott@drurylegal.com

*Attorneys for Plaintiffs*