**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN MARTINEZ and ELI SILVA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHOOSE YOUR HORIZON, INC.,<br><br>Defendant. | Case No. 3-24-cv-02798-LB<br><br>**DECLARATION OF ORLANDO CASTILLEJOS OF SIMPLURIS, INC. REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**<br><br>Hon. Laurel Beeler |

Under penalties as provided by law, I, Orlando Castillejos, certify that the statements set forth in this declaration are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify as foresaid that I believe the same to be true:

1. I am employed as a Senior Project Manager of Client Services by Simpluris, Inc. ("Simpluris"), the settlement administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this Declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

2. Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over seventy million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (U.S. District Court, Central District of California) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class members), and *Woods v. Vector Marketing* (U.S. District Court, Northern District of California) (194,500 class members).

3. Simpluris was approved by Counsel for both Parties and appointed by the Court in the Preliminary Approval Order entered on January 29, 2026, to provide settlement administration services in this Settlement. In this capacity, Simpluris was charged with the following:

a. Disseminating notice of the proposed Settlement in compliance with the requirements of the Class Action Fairness Act, 28 U.S.C. Sec. 1711, et seq. ("CAFA"), to be served upon the appropriate State official in each State where a Class Member resides and the appropriate federal official.

b. Establishing and maintaining an Interactive Voice Response ("IVR") Settlement-specific toll-free telephone number (1-833-647-9081), available 24 hours, offering the opportunity to listen to frequently asked questions ("FAQs");

c. Establishing a P.O. Box to receive undeliverable notices, Claim Forms, requests for exclusion, objections to the proposed Settlement, and any other correspondence submitted by Settlement Class Members;

d. Developing and maintaining an interactive Settlement Website (www.CYHSettlement.com), which hosts relevant settlement documents; allows Settlement Class Members to submit a Claim Form; and complies with data privacy requirements, including a detailed Privacy Policy.

e. Obtaining the Class List and mailing direct notice of the Settlement, consisting of notice via postal mail ("Postcard Notice") and notice via e-mail ("Email Notice"), that provide information on how to submit a Claim, the deadline to do so, and other relevant dates;

f. Receiving and processing Settlement Class Members' Claim Forms, requests for exclusion, objections, and related class correspondence;

g. Providing counsel for the Parties with weekly status reports;

h. Establishing and maintaining a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund;

i. Calculating, processing and issuing payments to Settlement Class Members who submit valid Claims;

j. Preparing and filing all applicable tax forms and tax returns with state and federal agencies; and

k. Other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

4. As of March 3, 2026, Simpluris has complied with the Court's order and completed tasks 3.a – 3.g, Simpluris will comply with the Court's order for tasks 3.h – 3.j through the remaining administration.

**CAFA NOTIFICATION**

5. On November 10, 2025, pursuant to the Class Action Fairness Act of 2005 ("CAFA") and 28 U.S.C.A. § 1715, Simpluris completed a mailing that informed the appropriate state and federal Attorneys General about the Settlement..

**CLASS LIST**

6. On February 6, 2026, Counsel for Defendant provided Simpluris with a data file containing 761 records with names, mailing addresses and emails. After analyzing for duplicate and incomplete records, the final Class List was confirmed to contain 760 Settlement Class Members.

**MAILED NOTICE**

7. Upon receipt of the Class List, Simpluris "scrubbed" the data to ensure it was in proper format for distributing the Postcard Notice via U.S. Mail. In an effort to ensure that the Postcard Notice would be delivered to Settlement Class Members, Simpluris compared the address data against the United States Postal Service ("USPS") National Change of Address ("NCOA") database. Additionally, all addresses were processed through the USPS Coding Accuracy Support System ("CASS") and Locatable Address Conversion System ("LACS") to ensure deliverability.

8. On February 18, 2026, via U.S. Mail and pursuant to the Preliminary Approval Order, Simpluris mailed the Postcard Notice to 394 Settlement Class Members with a valid postal address.

9. The Postcard Notice advised Settlement Class Members of their right to request exclusion from the Settlement, object to the Settlement, or do nothing, and the implications of each

such action. The Postcard Notice advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members may obtain additional information.

10. As of March 3, 2026, 5 Postcard Notices have been returned by USPS. For the Postcard Notices returned without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on all of these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis, using the Settlement Class Member's name and previous address to try to locate a more current address. Of the 5 returned Postcard Notices, Simpluris was able to remail 5 Postcard Notices and zero (0) Postcard Notices were determined to be undeliverable because no other postal address was available.

## EMAILED NOTICE

11. Pursuant to the Preliminary Approval Order, Simpluris formatted the Notice to be sent to Class Members via email ("Email Notice").

12. The Email Notice advised Class Members of their right to request exclusion from the Settlement, object to the Settlement, or do nothing, and the implications of each such action. The Postcard Notice advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members may obtain additional information.

13. On February 18, 2026, Simpluris sent the Email Notice to 366 Settlement Class Members in the Class List with a valid email and for whom Simpluris was unable to identify a valid postal address.

## WEBSITE AND TELEPHONE NUMBER

14. Simpluris prepared and maintains a Settlement Website, www.CYHSettlement.com, that includes important dates and deadlines, and Settlement-related documents, such as the Long Form Notice, the Claim Form for Unidentified Class Members, the Settlement Agreement, and the Preliminary Approval Order. An online Claim Form Module is also available to all potential Unidentified Class Members. The website was made available to the public on February 18, 2026.

15. A Settlement-specific toll-free telephone number was included in the notice for the purpose of allowing Settlement Class Members to listen to recorded frequently asked questions regarding the Settlement and learn how to obtain additional information via an IVR system. The IVR is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included in the Class Notice is 1-833-647-9081. This telephone number is active and has been available to the public since February 18, 2026.

**REQUESTS FOR EXCLUSION AND OBJECTIONS**

16. The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement or object to the proposed Settlement is March 24, 2026.

17. As of March 3, 2026, Simpluris has received zero (0) requests for exclusion. As of March 24, 2026, Simpluris has received zero (0) objections to the proposed Settlement from Settlement Class Members.

**ADMINISTRATION COSTS**

18. Simpluris' total estimated costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, will be $14,024.00.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 10th day of March, 2026, in Louisville, Kentucky.

Orlando Castillejos

ORLANDO CASTILLEJOS